ENT JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| ANTONIO TORRES, | ) | Case No. CV 08-3125-JSL (MLG) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| T. FELKER, WARDEN, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _November 21, 2008

_____
J. Spencer Letts
United States District Judge